ORIGINAL


**FILED**

09/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0034

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0034

_____

LUSTRE OIL COMPANY LLC, and
EREHWON OIL & GAS, LLC,

       Plaintiffs and Appellants,

v.

ANADARKO MINERALS, INC. and
A&S MINERAL DEVELOPMENT CO., LLC,

       Defendants and Appellees.

_____

**FILED**

SEP 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, October 26, 2022, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

DATED this 9th day of September, 2022.

For the Court,

By _____
                    Chief Justice